UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN T. HIGGINS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 18-10601-FDS |
| COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF TRANSITIONAL ASSISTANCE, | ) |
| Defendant. | ) |

## ORDER

**SAYLOR, J.**

On May 14, 2018, the Court issued a memorandum and order permitting plaintiff John T. Higgins to proceed *in forma pauperis* and directing him to show cause why this action against the Massachusetts Department of Transitional Assistance should not be dismissed.

The memorandum and order explained that Higgins cannot relitigate the state claim against the Department of Transitional Assistance and that this Court is without subject matter jurisdiction to review the lawfulness of rulings and judgments entered by the Middlesex Superior Court. Finally, Higgins was advised that he cannot bring a claim for damages against a state agency pursuant to 42 U.S.C. § 1983.

Higgins has filed a one-page, handwritten response. He states that his case should be heard by "a standing court" and contends that dismissal would be "a blatant infringement of [his] constitutional rights by not allowing due process, as previously stated."

After review of Higgins' response, the Court finds that he has failed to show good cause

why this action should not be dismissed.

Accordingly, for the reasons set forth above, and in accordance with this Court's memorandum and order dated May 14, 2018, it is ORDERED that this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(ii).

**So Ordered.**

/s/ F. Dennis Saylor IV  
F. Dennis Saylor IV  
United States District Judge

Dated: June 8, 2018